UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| WAUSAU UNDERWRITERS INSURANCE COMPANY and AXIS SPECIALTY INSURANCE COMPANY, | Index No. 06 CV 3212 (VM) |
| Plaintiffs, | |
| -against- | **FED R. CIV. 7.1 STATEMENT** |
| QBE INSURANCE CORPORATION and SCOTTSDALE INSURANCE COMPANY, | |
| Defendants. | |

------------------------------------------------------------------x

**M A D A M/S I R S:**

Plaintiff AXIS SPECIALTY INSURANCECOMPANY pursuant to Fed. R. Civ. P. 7.1, states that AXIS CAPITAL HOLDING LIMITED owns 100% of its stock and is publicly traded.

Dated: New York, New York
　　　　April 27, 2006

Yours, etc.,

JAFFE & ASHER LLP

By:_____
　　Marshall T. Potashner (MTP-3552)
MPotashner@jaffeandasher.com
Attorneys for Plaintiffs
WAUSAU UNDERWRITERS
INSURANCE COMPANY and
AXIS SPECIALTY INSURANCE
COMPANY
600 Third Avenue, 9TH Floor
New York, New York 10016
(212) 687-3000

1