UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
WAUSAU UNDERWRITERS INSURANCE
COMPANY and AXIS SPECIALTY INSURANCE
COMPANY,                                                                         Index No.  06 CV 3212 (VM)

                     Plaintiffs,

  -against-                                                                    **FED R. CIV. 7.1 STATEMENT**

QBE INSURANCE CORPORATION and
SCOTTSDALE INSURANCE COMPANY,

                     Defendants.
------------------------------------------------------------------x

**M A D A M/S I R S:**

      Plaintiff WAUSAU UNDERWRITERS INSURANCE COMPANY pursuant to Fed. R. Civ. P. 7.1, states that Wausau Service Corporation owns 100% of its stock, and that no public corporation owns 10% or more of its stock.

Dated:  New York, New York
         April 27, 2006                                   Yours, etc.,

                                                JAFFE & ASHER LLP

                                               By:_____
                                                 Marshall T. Potashner (MTP-3552)
                                           MPotashner@jaffeandasher.com
                                           Attorneys for Plaintiffs
                                           WAUSAU UNDERWRITERS
                                           INSURANCE COMPANY and
                                           AXIS SPECIALTY INSURANCE
                                           COMPANY
                                           600 Third Avenue, 9TH Floor
                                           New York, New York 10016
                                           (212) 687-3000