United States District Court
Southern District of New York

---

Wausau Underwriters Insurance Company and
Axis Specialty Insurance Company,

                Plaintiffs,

v.

QBE Insurance Corporation and
Scottsdale Insurance Company,

                Defendants.

AFFIDAVIT OF SERVICE
Index No: 06 CV 3212
Judge Marrero

---

State of New York )
                ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen years and is a resident of New York State. That on May 2, 2006 at approximately 2:30 p.m. at the New York State Insurance Department located at One Commerce Plaza, 99 Washington Avenue, Albany, New York, deponent served a Summons in a Civil Case and Complaint, Individual Practices of United States District Judge Victor Marrero dated September 9, 2005, Third Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004, Guidelines for Electronic Case Filing dated December 1, 2003 and Procedures for Electronic Case Filing Dated March 6, 2003 in the above matter upon Scottsdale Insurance Company, by delivering to and leaving the papers with Patrick Harrigan, a white male with brown hair, approximately 36-50 years of age; height of 5'9"-6'0", weight of 161-200 lbs., being an Attorney for the State of New York State Insurance Department, a true copy thereof.

Deponent further says that she knew the said Patrick Harrigan to be an Attorney for the New York State Insurance Department. That at the time of making such service, Deponent paid New York State Insurance Department the fee prescribed by law in the amount of $40.00

                                                Mary M. Bonville

Sworn to before me this 2nd day of May, 2006

Ruth A. Dennehey
Notary Public – State of New York
Qualified in Albany County
Registration No. 4729775
Commission Expires: 11-30-2006