UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WAUSAU UNDERWRITERS INSURANCE
COMPANY and AXIS SPECIALTY INSURANCE
COMPANY,

                          Plaintiffs,

    -against-

QBE INSURANCE CORPORATION and
SCOTTSDALE INSURANCE COMPANY,

                         Defendants.
-----------------------------------------------------------------X

**RULE 7.1 STATEMENT**

Docket No.:
06 CV 3212

PURSUANT TO RULE 7.1 OF THE LOCAL RULES OF THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY HELD.

    Scottsdale Insurance Company is a member of the Nationwide Insurance Group which is not a publicly traded company.

Dated:    Mineola, New York
            June 1, 2006

                                                      _____
                                                        SIGNATURE OF ATTORNEY
                                                        LEONARD PORCELLI (LP 5998)