# JAFFE & ASHER LLP
## ATTORNEYS AT LAW

ESTABLISHED 1974

PLEASE REPLY TO NEW YORK OFFICE

600 THIRD AVENUE
NEW YORK, NY 10016-1901
(212) 687-3000
(212) 687-9639 (FAX)

NEW JERSEY OFFICE

1107 GOFFLE ROAD
HAWTHORNE, NJ 07507-0506
(973) 423-3998
(973) 423-6074 (FAX)

**VIA FACSIMILE**

Hon. Victor Marrero
United States Courthouse
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-15-06

September 15, 2006

Re:  **Wausau Underwriters Ins. Co. et al. v. QBE Ins. Corp., et al.
Civil Action No. 06 Civ. 3212 (VM)**

Dear Judge Marrero:

Our firm represents plaintiffs in the above-mentioned action. We submit this letter pursuant to your Honor's directive at the conference on August 31, 2006.

Plaintiffs and defendant QBE Insurance Corporation ("QBE") have not yet been able to resolve this matter, although we are still working on it.

Plaintiffs and QBE have agreed on the following schedule for plaintiffs' motion for summary judgment:

October 13, 2006 – service of moving papers
November 3, 2006 – service of opposition papers
November 17, 2006 – service of reply papers.

Respectfully submitted,

Marshall T. Potashner, Esq. (MTP-3552)

MTP:mp
Cc:   William H. Bave, Jr. (via fax)
      Leonard Porcelli, Esq. (via fax)

Request GRANTED. The briefing schedule with regard to the plaintiffs' motion _for summary judgment_ herein is extended as set forth herein: motion papers submitted by _10-13-06_; response _11-3-06_; reply _11-17-06_.

SO ORDERED.

_9-15-06_
DATE        VICTOR MARRERO, U.S.D.J.