# JAFFE & ASHER LLP
## ATTORNEYS AT LAW

PLEASE REPLY TO NEW YORK OFFICE

600 THIRD AVENUE
NEW YORK, NY 10016-1901
(212) 687-3000
(212) 687-9639 (Fax)

ESTABLISHED 1974

NEW JERSEY OFFICE

1107 GOFFLE ROAD
HAWTHORNE, NJ 07507-0508
(973) 423-3988
(973) 423-6074 (Fax)

**VIA FACSIMILE**

Hon. Victor Marrero
United States Courthouse
500 Pearl Street
New York, NY 10007

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 10-11-06]

October 10, 2006

    Re:  Wausau Underwriters Ins. Co. et al. v. QBE Ins. Corp., et al.
         Civil Action No. 06 Civ. 3212 (VM)

Dear Judge Marrero:

    Our firm represents plaintiffs in the above-mentioned action. I submit this letter in application to extend the motion briefing schedule to as follows:

    October 19, 2006 – service of moving papers
    November 9, 2006 – service of opposition papers
    November 24, 2006 – service of reply papers.

Defendant QBE Insurance Corporation ("QBE") consents to this adjournment.

    This adjournment is necessary because we previously negotiated a complete settlement of this matter with QBE's counsel, Joel A. Hirshfield. However, prior to the settlement agreement being signed, Mr. Hirshfield resigned from the law firm representing QBE, Wilson, Bave, Conboy, Cozza & Couzens, P.C. William H. Bave, Jr. took over the direct handling of this matter, and informed me that Mr. Hirshfield lacked the authority to enter into the proposed agreement and that QBE would not sign the settlement agreement. As such, we now have to move forward with the motion, and need more time to complete it.

                                        Respectfully submitted,

                                        [signature]

                                        Marshall T. Potashner, Esq. (MTP-3552)

Request GRANTED. A status conference herein is scheduled for 10-20-06 at 9:30 a.m. to address the matter described above by plaintiffs.

SO ORDERED.

10-11-06
DATE          VICTOR MARRERO, U.S.D.J.