UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
WAUSAU UNDERWRITERS INSURANCE
COMPANY and AXIS SPECIALTY INSURANCE     Index No.  06 CV 3212 (VM)
COMPANY,

                            Plaintiffs,

   -against-

QBE INSURANCE CORPORATION and          **CERTIFICATE OF SERVICE**
SCOTTSDALE INSURANCE COMPANY,

                            Defendants.
------------------------------------------------------------------x

        I, Marshall T. Potashner, hereby certify that on October 19, 2006, I electronically filed the **NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT, with supporting affidavits and exhibits, LOCAL CIVIL RULE 56.1 STATEMENT, and MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

        Leonard Porcelli, Esq. at leonardporcelli@kcrrpg.com

In addition, on the October 19, 2006, I served the same documents by causing them to be mailed in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, to the following:

        WILSON, BAVE, CONBOY, COZZA
        & COUZENS, P.C.
        Two William Street
        White Plains, New York  10601

Dated: New York, New York
       October 19, 2006

                                              /s/ Marshall T. Potashner
                                              _____
                                              Marshall T. Potashner, Esq. (MTP-3552)