# JAFFE & ASHER LLP
### ATTORNEYS AT LAW

PLEASE REPLY TO NEW YORK OFFICE

600 THIRD AVENUE
NEW YORK, NY 10016-1901
(212) 687-3000
(212) 687-9639 (FAX)

ESTABLISHED 1974

NEW JERSEY OFFICE

1107 COPPLE ROAD
HAWTHORNE, NJ 07507-0508
(973) 423-3998
(973) 423-8074 (FAX)

**VIA FACSIMILE**

Hon. Victor Marrero
United States Courthouse
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-15-06

November 14, 2006

Re: **Wausau Underwriters Ins. Co. et al. v. QBE Ins. Corp., et al.
Civil Action No. 06 Civ. 3212 (VM)**

Dear Judge Marrero:

Per your Honor's Order of yesterday, we submit the following revised motion schedule:

> December 1, 2006 – plaintiffs serve reply on their motion for partial summary judgment and opposition to defendant QBE Insurance Corporation's ("QBE") cross-motion for summary judgment
>
> December 11, 2006 – QBE serves reply papers on its cross-motion.

Plaintiffs and QBE agree to this revised schedule.

Respectfully submitted,

Marshall T. Potashner, Esq. (MTP-3552)

MTP:mp
Cc: William H. Bave, Jr. (via fax)
    Leonard Porcelli, Esq. (via fax)

---

Request GRANTED. The briefing schedule with regard to the motions for summary judgment herein is extended as set forth herein: motion papers submitted by _____; response 12-1-06; reply 12-11-06.
SO ORDERED.

11-15-06
DATE                VICTOR MARRERO, U.S.D.J.