# JAFFE & ASHER LLP
## ATTORNEYS AT LAW

ESTABLISHED 1974

PLEASE REPLY TO NEW YORK OFFICE

600 THIRD AVENUE
NEW YORK, NY 10016-1901
(212) 687-3000
(212) 687-9639 (FAX)

NEW JERSEY OFFICE

1107 GOFFLE ROAD
HAWTHORNE, NJ 07507-0508
(973) 423-3998
(973) 423-6074 (FAX)

November 27, 2006

**BY FACSIMILE**

Hon. Victor Marrero
United States Courthouse
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-27-06

Re: **Wausau Underwriters Ins. Co. et al. v. QBE Ins. Corp., et al.
Civil Action No. 06 Civ. 3212 (VM)**

Dear Judge Marrero:

Our firm represents plaintiffs in the above-entitled action. I write to request a brief adjournment of the Court's briefing schedule for plaintiffs' motion for partial summary judgment against QBE INSURANCE CORPORATION ("QBE") and QBE's cross-motion for summary judgment. The attorneys for QBE have courteously consented to this request.

The reason for this request is that a key witness for plaintiffs, William Morrisley, has had a death in his family and anticipates he will be unavailable to consult with us regarding these motions until Friday of this week (December 1, 2006). Under the current briefing schedule, endorsed by the Court on November 15, 2006, Wausau's opposition and reply papers are due on the Friday, December 1.

We respectfully propose the following revised briefing schedule:

December 5, 2006 – Plaintiffs serve reply papers on their motion for partial summary judgment and papers in opposition to QBE's cross-motion for summary judgment

December 18, 2006 – QBE serves reply papers on its cross-motion.

Hon. Victor Marrero
November 27, 2006
Page 2

There was one prior extension of time relating to plaintiffs' motion, immediately after QBE served its Notice of Cross-Motion, to facilitate the simultaneous service of plaintiffs' reply papers in further support of their partial summary judgment motion with their papers in opposition to QBE's cross-motion.

Thank you for your consideration of this request.

Respectfully submitted,

JAFFE & ASHER LLP

Michael J. Weiner, Esq. (MJW-2397)

MJW:mjw

Cc: William H. Bave, Jr., Esq. (via facsimile)
    Leonard Porcelli, Esq. (via facsimile)

---

Request GRANTED. The briefing schedule with regard to the cross motions for summary judgment herein is extended as set forth herein: motion papers submitted by _____; response/reply 12-5-06; reply 12-18-06.

SO ORDERED.

11-27-06
DATE        VICTOR MARRERO, U.S.D.J.