UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

*HALSHI UNDERWRITERS INS. Co., et al*

                             Plaintiff(s),

    - against -

*GBF INS. Corp., et al*  Defendant(s).

-----------------------------------------------------------------X

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11-28-06

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

06 Civ. 3212 (VM)(THK)

**VICTOR MARRERO, United States District Judge.**

This action is referred to the designated Magistrate Judge for the following purpose(s):

**[X]** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____
    _____

    All such motions: ___

* Do not check if already referred for general pretrial.

---

    The parties are directed that henceforth all correspondence pertaining to case management, scheduling and pretrial proceedings, including amendments of an approved Case Management Plan, extensions of any deadlines, discovery disputes, non-dispositive pretrial motions, and any other proceedings prior to the completion of all discovery, shall be addressed to the designated Magistrate Judge in the first instance, except as may be otherwise authorized by the Court or the Magistrate Judge, and provided that with regard to matters referred to the Magistrate Judge on consent under 28 U.S.C. § 636(c), all such communications shall be addressed solely to the Magistrate Judge.

**SO ORDERED.**

DATED:    New York, New York
               28 November 2006

                                               _____
                                               VICTOR MARRERO
                                               United States District Judge