UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
WAUSAU UNDERWRITERS INSURANCE
COMPANY and AXIS SPECIALTY INSURANCE        Index No.  06 CV 3212 (VM)
COMPANY,

                          Plaintiffs,

   -against-

QBE INSURANCE CORPORATION and        **CERTIFICATE OF SERVICE**
SCOTTSDALE INSURANCE COMPANY,

                          Defendants.
------------------------------------------------------------------x

       I, Marshall T. Potashner, hereby certify that on December 5, 2006, I electronically filed the **Affidavit of Paul Kovner, Esq., Reply and Opposition Affidavit of Michael Morrissiey, Reply and Opposition Affidavit of Marshall T. Potashner, with attached exhibits, Plaintiffs' Response to QBE's Statement of Additional Facts Pursuant to Local Civil Rule 56.1, and the Reply and Opposition Memorandum of Law** with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

       Leonard Porcelli, Esq. at  leonardporcelli@kcrrpg.com

       William Harold Bave, Esq.    WHB@WBCCC.com

Dated: New York, New York
       December 5, 2006

                                        /s/ Marshall T. Potashner
                                        _____
                                        Marshall T. Potashner, Esq. (MTP-3552)