UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WAUSAU UNDERWRITERS INSURANCE
COMPANY and AXIS SPECIALTY INSURANCE   Index No. 06 CV 3212 (VM)
COMPANY,

                  Plaintiffs,

-against-   **STIPULATION OF**
                                                                                              **FACTS AND RELATED**
QBE INSURANCE CORPORATION and   **TO DISCOVERY**
SCOTTSDALE INSURANCE COMPANY,

                  Defendants.
------------------------------------------------------------x

        **IT IS HEREBY STIPULATED AND AGREED,** by and between plaintiffs and defendant QBE INSURANCE CORPORATION ("QBE"), as follows:

        A.    That the following facts are agreed to and not disputed:

        1.    Kel Tech Construction Inc. ("Kel Tech"), a Named Insured under the liability Insurance policy, No. HBG 00208-3, issued by QBE, timely tendered to QBE notice of the "occurrence" alleged in the underlying action entitled <u>John Moore v. New York City Economic Development Corp., New York City Department of Transportation, Barney Skanska Construction Company, Kel Tech Construction Inc.</u>, Index No. 13658/04, in the Supreme Court of the State of New York, County of Richmond (the "Underlying Action"); and

        2.    The New York City Economic Development Corp., a defendant in the Underlying Action, timely tendered to QBE notice of the "occurrence" alleged in the Underlying Action.

1

B. The parties hereto are making no stipulations or admissions concerning the legal relevance of the above-stipulated facts.

C. Plaintiffs withdraw their request for the remaining portions of QBE's claims file, except to the extent QBE intends to use documents in its claims file to support any defense it has to the claims alleged in the above-entitled action.

D. Plaintiffs withdraw their objections to QBE's Interrogatory answers.

E. The attorneys signing this Stipulation represent and warrant that such attorney is authorized to sign on behalf of such attorney's client, and to bind said party or parties to this Stipulation.

Dated: New York, New York
November 14, 2006

WILSON, BAVE, CONBOY, COZZA
& COUZENS, P.C.

By: _____
William H. Bave, Jr. (WHB-0349)
Attorneys for Defendant
QBE INSURANCE CORPORATION
Two Williams Street
White Plains, New York 10601
(914) 686-9010

JAFFE & ASHER LLP

By: _____
Marshall T. Potashner (MTP-3552)
Attorneys for Plaintiffs
WAUSAU UNDERWRITERS
INSURANCE COMPANY and
AXIS SPECIALTY INSURANCE
COMPANY
600 Third Avenue, 9th Floor
New York, New York 10016
(212) 687-3000

SO ORDERED: 12/4/06

_____
Hon. Victor Marrero, U.S.D.J.

2