SUPREME COURT OF THE STATE OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

WAUSAU UNDERWRITERS INSURANCE
COMPANY and AXIS SPECIALTY INSUR-
ANCE COMPANY

        Plaintiffs,

 -against-

QBE INSURANCE CORPORATION and
SCOTTSDALE INSURANCE COMPANY,

        Defendants.

**NOTICE OF APPEARANCE**

Docket No.: 06 CV 3212 (VM)

---------------------------------------------------------------X

**S I R S:**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for defendant SCOTTSDALE INSURANCE COMPANY.

I certify that I am admitted to practice in this court.

Dated: Mineola, New York
       February 7, 2007

                Yours, etc.,

                KRAL, CLERKIN, REDMOND, RYAN,
                  PERRY & GIRVAN, LLP

                By: _____
                   ANDREW J. MIHALICK (AJM 3995)
                   Attorneys for Defendant
                   SCOTTSDALE INSURANCE COMPANY
                   69 East Jericho Turnpike
                   Mineola, N.Y. 11501
                   (516) 742-3470
                   File # 111059C

KRAL, CLERKIN, REDMOND, RYAN, PERRY & GIRVAN, LLP

TO:  JAFFE & ASHER, LLP
Attorneys for Plaintiffs
WAUSAU UNDERWRITERS INS.
CO. and AXIS SPECIALTY INS. CO.
600 Third Avenue, 9th Floor
New York, New York 10016
(212) 687-3000

WILSON, BAVE, CONBOY, COZZA &
COUZENS, P.C.
Attorneys for Defendant
QBE INSURANCE CORPORATION
Two William Street
White Plains, New York 10601
(914) 686-9010

Kral, Clerkin, Redmond, Ryan, Perry & Girvan, LLP

STATE OF NEW YORK )
                             ss:
COUNTY OF NASSAU )

**AMANDA R. MCCASKEY**, being duly sworn, deposes and says:

That she is the secretary for the attorney for the within named defendant

That she is over the age of 18 years, that she is not a party to the above-entitled action, and that on the 7 February 2007, she served the within **NOTICE OF APPEARANCE** upon the following attorney(s), in the following place(s) and in the following manner:

TO: JAFFE & ASHER, LLP
     Attorneys for Plaintiffs
     WAUSAU UNDERWRITERS INS.
     CO. and AXIS SPECIALTY INS. CO.
     600 Third Avenue, 9th Floor
     New York, New York 10016
     (212) 687-3000

WILSON, BAVE, CONBOY, COZZA &
COUZENS, P.C.
Attorneys for Defendant
QBE INSURANCE CORPORATION
Two William Street
White Plains, New York 10601
(914) 686-9010

by depositing a copy of same properly enclosed in a post-paid wrapper in the official Depository maintained and exclusively controlled by the United States, directed to said entities, respectively, at said address(es) within the State designated for that purpose upon the last papers served in this action or the place where the above then kept offices, according to the best information which can be conveniently obtained.

_____
AMANDA R. McCASKEY

Sworn to before me on this
7 February 2007.

_____
Notary Public

MICHAEL GERARD WALKER
Notary Public, State Of New York
No. 02WA6088182
Qualified In Nassau County
Commission Expires March 3, 20 07

3