LAW OFFICES OF
## KRAL, CLERKIN, REDMOND, RYAN, PERRY & GIRVAN, LLP

69 EAST JERICHO TURNPIKE
MINEOLA, NEW YORK 11501

**NEW YORK OFFICE**
170 Broadway
New York, New York 10038
(212) 406-9710
Fax (212) 571-0874

(516) 742-3470
FAX (516) 742-6243

**SUFFOLK OFFICE**
496 Smithtown Bypass
Smithtown, New York 11787
(631) 265-0134
Fax (631) 265-4289

Andrew J. Mihalick – Ext. 213
amihalick@kcrrpg.com

February 15, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/15/07

2/15/07

**BY FACSIMILE ONLY**

Honorable Theodore H. Katz
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street; Room 1660
New York, New York 10007-1312

Re: Wausau Underwriters Ins. Co., et al., v. QBE Insurance Corp., et al.
Civil Action No. 06 CV 3212 (VM) (THK)
Our File No. 111059

Dear Judge Katz:

This firm represents Defendant Scottsdale Insurance Company ("Scottsdale") in the referenced matter. As I informed Nancy Becker, of Plaintiff's attorney's office, on February 5, 2007, this matter had just been assigned to me for handling. My entry of appearance was served and filed on February 7, 2007.

Notwithstanding my request to Ms. Becker for a reasonable opportunity to review and respond to the issues being raised by Plaintiff regarding Scottsdale's responses to certain discovery demands, Plaintiff wrote to the Court regarding those issues on February 6, 2007.

Scottsdale will respond to that correspondence, and I respectfully request that the Court permit us to serve that response on or before February 26, 2007.

Thank you for your consideration in this matter.

Very truly yours,

Andrew J. Mihalick

*Granted. See if you narrow your differences. So ordered.*

*Theodore H. Katz*

*2/15/07 USMJ*

cc: Marshall T. Potashner, Esq.
William H. Bave, Esq.
Leonard Porcelli, Esq.