UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
WAUSAU UNDERWRITERS INSURANCE
COMPANY and AXIS SPECIALTY INSURANCE        Index No.  06 CV 3212 (VM/THK)
COMPANY,

                                Plaintiffs,

    -against-

QBE INSURANCE CORPORATION and                **CERTIFICATE OF SERVICE**
SCOTTSDALE INSURANCE COMPANY,

                                Defendants.
------------------------------------------------------------------x

       I, Marshall T. Potashner, hereby certify that on March 29, 2007, I electronically filed the **OBJECTION TO MAGISTRATE'S ORDER** with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

    Andrew J. Mihalick:        amihalick@kcrrpg.com
    Leonard Porcelli:         leonardporcelli@kcrrpg.com
    William Harold Bave:     WHB@WBCCC.com

Dated: New York, New York
       March 29, 2007

                                        /s/ Marshall T. Potashner

                                        Marshall T. Potashner, Esq. (MTP-3552)