UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
WAUSAU UNDERWRITERS INSURANCE
COMPANY and AXIS SPECIALTY INSURANCE
COMPANY,

                       Plaintiffs,        06 CV 3212 (VM)

       -against-                    **NOTICE OF APPEAL**

QBE INSURANCE COMPANY and SCOTTSDALE
INSURANCE COMPANY,

                       Defendants.
----------------------------------------------------------------X



S I R S:

      PLEASE TAKE NOTICE that Defendant, QBE INSURANCE COMPANY, in the above named case, hereby appeal to the United States Court of Appeals, for the 2nd Circuit from a Decision and Order of the United States District Court, Southern District of New York, dated July 26, 2007 (Victor Marrero, U.S.D.J.) and entered in the Southern District of New York Clerk's Office on July 27, 2007, granting partial summary with respect to QBE INSURANCE COMPANY'S obligations to defend Barney Skanska Construction Company. A copy of said Decision and Order is attached hereto as Exhibit "A".

The Defendant, QBE INSURANCE COMPANY appeal from the entire Decision and Order.

Dated: White Plains, New York
       August 13, 2007

                              Yours, etc.,

                              WILSON, BAVE, CONBOY, COZZA & COUZENS, P.C.

                              By: WILLIAM H. BAVE, JR. (WHB 0349)
                              Attorneys for Defendant, QBE
                              Two William Street
                              White Plains, New York 10601
                              (914) 686-9010

TO: UNITED STATES COURTHOUSE
     500 Pearl Street
     New York, New York 10007-1312
     Attention: Appeals Clerk

     JAFFE & ASHER LLP
     Attorneys for plaintiffs, WAUSAU and AXIS
     600 Third Avenue, 9th Floor
     New York, New York 10016
     (212) 687-3000

     KRAL, CLERKIN REDMOND, RYAN, PERRY & GIRVAN, LLP
     Attorneys for defendant, SCOTTSDALE
     69 East Jericho Turnpike
     Mineola, New York 11501
     (516) 742-3470

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF WESTCHESTER    )

SANDRA REECE PALMER, being duly sworn, deposes and says:

I am secretary to WILSON, BAVE, CONBOY, COZZA & COUZENS, P.C., attorneys for Defendant, **QBE INSURANCE COMPANY**, and I am not a party to this action.

That on the 14th day of August 2007, she served the within **NOTICE OF APPEAL** upon:

**UNITED STATES COURTHOUSE**
500 Pearl Street
New York, New York 10007-1312
Attn: Appeals Clerk

**JAFFE & ASHER, LLP**
Attorneys for Plaintiffs, **WAUSAU UNDERWRITERS**
**INSURANCE COMPANY and AXIS SPECIALTY**
**INSURANCE COMPANY**
600 Third Avenue, 9th Floor
New York, NY 10016

**KRAL, CLERKIN, REDMOND, RYAN,**
**PERRY & GIRVAN, LLP**
Attorneys for Defendant, **SCOTTSDALE INSURANCE COMPANY**
69 East Jericho Turnpike
Mineola, NY 11501
(516) 742-3470

by depositing a true copy of same securely enclosed in a postpaid wrapper in the official post office box located at 2 William Street, White Plains, N.Y. 10601 and directed to the above attorney at the addresses listed above. That deponent is over 18 years of age and resides in Somers, New York.

_____
SANDRA REECE PALMER

Sworn to before me the
14th day of August 2007.

_____
NOTARY PUBLIC

JOHN R. PEARSALL
Notary Public, State of New York
No. 01PE6135820
Qualified in Putnam County
Commission Expires 10/24/2009