# WILSON, BAVE, CONBOY, COZZA & COUZENS, P.C.

ATTORNEYS AT LAW
TWO WILLIAM STREET
WHITE PLAINS, NEW YORK 10601

(914) 686-9010
FAX # (914) 686-0873
E-MAIL: wbccc@wbccc.com

WILLIAM H. BAVE, JR.
MICHAEL J. COZZA
JOHN C. COUZENS, JR.
PATRICIA BAVE-PLANELL*

KEVIN D. O'DELL**
ALEXANDRA C. KARAMITSOS*
JAMES A. ROGERS
ROBERT J. GIRONDA*
ERIN M. COLA**
CLAUDINE L. WEIS
*MEMBER NY & CT BAR
**MEMBER NY & NJ BAR

WILLIAM H. BAVE (1919-1991)
DONALD C. WILSON - (1917-1994)
R. KEVIN CONBOY - (1946-2007)

JOHN R. PEARSALL
PARALEGAL

November 30, 2007

Honorable Victor Marrero
United States District Courthouse
500 Pearl Street, Room 660
New York, New York 10007

        Re: Wausau Underwriters, et al.
           vs. QBE Insurance Corp., et al.
         Docket # 06 CIV 3212 (VM)

Dear Magistrate Judge Marrero:

  The undersigned represents QBE in this matter. Magistrate Judge Katz recently conferenced the case. During the conference it became apparent that the parties are unable to agree on the effect of your decision filed on July 27, 2007. It is QBE's position that while the Court ruled that QBE has a duty to defend the other insurers have the same duty.

  In order to bring this litigation to a conclusion, QBE believes it is necessary for the Court to decide all remaining coverage issues. This would include the priority of coverage and duty to defend for all insurers. It is requested that the Court grant permission allowing QBE to make the motion to bring these issues before the Court.

         Respectfully yours,

         WILSON, BAVE, CONBOY, COZZA &
        COUZENS, P.C.

         _____
         WILLIAM H. BAVE, JR.

WHB:je

Re: Wausau Underwriters, et al.                                            Page 2
    vs. QBE Insurance Corp., et al.
    Docket # 06 CIV 3212 (VM)

cc:    Honorable Theodore Katz
       United States District Courthouse
       500 Pearl Street, Room 1660
       New York, New York 10007

       Marshall P. Potashner, Esq.
       JAFFE & ASHER LLP
       600 Third Avenue, 9th Floor
       New York, New York 10016

       Andrew J. Mihalick, Esq.
       KRAL, CLERKIN, REDMAND, RYAN,
       PERRY & GIRVAN, LLP
       69 East Jericho Turnpike
       Mineola , New York 11501