**WILSON, BAVE, CONBOY, COZZA & COUZENS, P.C.**

ATTORNEYS AT LAW
TWO WILLIAM STREET
WHITE PLAINS, NEW YORK 10601

(914) 686-9010
FAX # (914) 686-0873
E-MAIL: wbccc@wbccc.com

WILLIAM H. BAVE, JR
MICHAEL J. COZZA
JOHN C. COUZENS, JR.
PATRICIA BAVE-PLANELL*

KEVIN D. O'DELL**
ALEXANDRA C. KARAMITSOS*
JAMES A. ROGERS
ROBERT J. GIRONDA*
ERIN M. COLA**
CLAUDINE L. WEIS
*MEMBER NY & CT BAR
**MEMBER NY & NJ BAR

WILLIAM H. BAVE (1919-1991)
DONALD C. WILSON - (1917-1994)
R. KEVIN CONBOY - (1946-2007)

JOHN R. PEARSALL
PARALEGAL

December 17, 2007

Honorable Victor Marrero
United States District Courthouse
500 Pearl Street, Room 660
New York, New York 10007

          Re: Wausau Underwriters, et al.
             vs. QBE Insurance Corp., et al.
          Docket # 06 CIV 3212 (VM)

Dear Magistrate Judge Marrero:

    It is respectfully requested that the conference scheduled for December 21, 2007 at 1:30pm be adjourned until early January. The defense of QBE is being transferred to Robert Hille of the firm of Kalison, McBride, Jackson & Murphy. Consent to Change Attorney is presently circulating. This request is with the knowledge and consent of Marshall Potashner and Andrew Mihalick.

                             Respectfully yours,

                             WILSON, BAVE, CONBOY, COZZA &
                             COUZENS, P.C.

                             WILLIAM H. BAVE, JR.

WHB:je