

## WILSON, BAVE, CONBOY, COZZA & COUZENS, P.C.

ATTORNEYS AT LAW
TWO WILLIAM STREET
WHITE PLAINS, NEW YORK 10601

(914) 686-9010
FAX # (914) 686-0873
E-MAIL: wbccc@wbccc.com

WILLIAM H. BAVE, JR
MICHAEL J. COZZA
JOHN C. COUZENS, JR.
PATRICIA BAVE-PLANELL*

KEVIN D. O'DELL**
ALEXANDRA C. KARAMITSOS*
JAMES A. ROGERS
ROBERT J. GIRONDA*
ERIN M. COLA**
CLAUDINE L. WEIS
*MEMBER NY & CT BAR
**MEMBER NY & NJ BAR

WILLIAM H. BAVE (1919-1991)
DONALD C. WILSON - (1917-1994)
R KEVIN CONBOY - (1946-2007)

JOHN R. PEARSALL
PARALEGAL

December 17, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-19-07

Honorable Victor Marrero
United States District Courthouse
500 Pearl Street, Room 660
New York, New York 10007

Re:  Wausau Underwriters, et al.
     vs. QBE Insurance Corp., et al.
     Docket # 06 CIV 3212 (VM)

Dear Magistrate Judge Marrero:

It is respectfully requested that the conference scheduled for December 21, 2007 at 1:30pm be adjourned until early January. The defense of QBE is being transferred to Robert Hille of the firm of Kalison, McBride, Jackson & Murphy. Consent to Change Attorney is presently circulating. This request is with the knowledge and consent of Marshall Potashner and Andrew Mihalick.

Respectfully yours,

WILSON, BAVE, CONBOY, COZZA &
COUZENS, P.C.

WILLIAM H. BAVE, JR.

WHB:je

Request GRANTED. The next status conference herein is rescheduled to 1-11-08 at 1:45 p.m. The parties are reminded that the rules of ECF do not permit filing of letters to the Court, and SO ORDERED. that doing so may delay consideration of matters so communicated.

12-19-07
DATE       VICTOR MARRERO, U.S.D.J.

MICROFILMED DEC 20 2007 -3 00 PM