USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-9-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WAUSAU UNDERWRITERS INSURANCE COMPANY
and AXIS SPECIALTY INSURANCE COMPANY,

                          Plaintiffs,

       -against-

QBE INSURANCE COMPANY and
SCOTTSDALE INSURANCE COMPANY,

                          Defendants.
------------------------------------------------------------X

06 CV 3212 (VM)

**CONSENT TO**
**CHANGE ATTORNEYS**

It is hereby consented that the firm of KALISON, MCBRIDE, JACKSON & MURPHY, P.A., be substituted as attorneys of record for QBE INSURANCE COMPANY, in place of the firm of WILSON, BAVE, CONBOY, COZZA & COUZENS, P.C., as of the date hereof.

Dated: White Plains, New York
        December 14, 2007

BY: _____
WILLIAM H. BAVE, JR.
WILSON, BAVE, CONBOY, COZZA &
COUZENS, P.C.
Two William Street
White Plains, New York 10601

_____
KALISON, MCBRIDE, JACKSON & MURPHY, P.A.
25 Independence Boulevard
P.O. Box 4990
Warren, New Jersey 07059

QBE INSURANCE COMPANY
By: _____
Authorized Representative

STATE OF NEW YORK ) SS.:
COUNTY OF              )

On the ___ day of _____, 2007, _____, before me personally came to me known, and known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

EDWARD QUINN
Notary Public, State of New York
No. 01QU4995479
Qualified in Nassau County
Commission Expires September 8, 20__

SO ORDERED:

_____
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WAUSAU UNDERWRITERS INSURANCE
COMPANY and AXIS SPECIALTY
INSURANCE COMPANY,                    06 CV 3212 (VM)

       Plaintiff,                **AFFIDAVIT OF**
vs.                                   **ROBERT B. HILLE, ESQ.**

QBE INSURANCE COMPANY and
SCOTTSDALE INSURANCE COMPANY

       Defendant.
-----------------------------------------------------------X

      **ROBERT B. HILLE, ESQ.** of full age, being duly sworn according to law, upon my oath depose and say:

    1.    I am an attorney-at-law of the State of New York and am a member of the law firm of Kalison, McBride, & Jackson, P.A., attorneys for Plaintiffs, QBE Insurance Company in the above-captioned case.

    2.    I have consented to substitute as attorney of record for QBE Insurance Company and have signed the accompanying Consent to Change Attorneys.

    3.    On January 9, 2008, I emailed a copy of this Affidavit and the Consent to Change Attorneys to the United States District Court for the Southern District of New York.

Sworn to before me this
9th day of January, 2008

_____
Notary Public
NANCY M. DOTO
A Notary Public of New Jersey
My Commission Expires 1/12/2010

_____
Robert B. Hille
KALISON, MCBRIDE, JACKSON, &
MURPHY, P. A.
25 Independence Boulevard
P.O. Box 4990
Warren, NJ 07059