9.17.07

06-CV-3212

MANDATE

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CURCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 26th day of January, two thousand and eight,

QBE Insurance Co.,
    Def-X-Claimant-X-Def-Appellant,

07-3585-cv

v.

Wausau Underwriters Insurance Company, Axis Specialty Insurance Company,
    Plaintifsf-Appellees,

v.

Scottsdale Insurance Company,
    Def-X-Def-X-Claimant-Appellee.

*UNITED STATES COURT OF APPEALS FILED JAN 2 6 2008 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT*

An appeal having been filed in this Court on 08/21/07; and,

This Court, *sua sponte*, having issued an order to show cause why the appeal should not be dismissed due to appellant`s failure to file required forms within the time period specified in the Local Rules of the Court; and,

Appellant not having responded to the Court as directed;

IT IS ORDERED, that the appeal is dismissed.

For the Court:
Catherine O'Hagan Wolfe, Clerk

By: _____
Lian Yeh, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by_____
                   DEPUTY CLERK

CERTIFIED: 1/26/07