# KALISON, MCBRIDE, JACKSON & MURPHY, P.A.

**COUNSELLORS AT LAW**

ROBERT B. HILLE

Certified By The Supreme
Court Of New Jersey As A
Civil Trial Attorney
Member of NJ & NY Bars

Direct Dial
(908) 394-6053

The Helmsley Building
230 Park Avenue
10th Floor
New York, NY 10169
(212) 309-8726

300 Motor Parkway
Suite 200
Hauppauge, NY 11788
(631) 439-6874

25 Independence Boulevard
P.O. Box 4990
Warren, NJ 07059
(908) 647-4600

E-Mail
rhille@kmjmlaw.com

Telecopier
(212) 808-3020

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08

www.kmjmlaw.com

February 1, 2008

Honorable Victor Marrero, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: Wausau Underwriters Ins. Co., et al. v. QBE Ins. Corp., et al
Civil Action No.: 06 Civ. 3212 (VM)

Dear Judge Marrero:

In response to Mr. Potashner's February 1, 2008 correspondence in the above, QBE objects to the relief sought therein as not sanctioned by the Federal Rules of Civil Procedure nor contemplated by the Court's latest instruction. Plaintiffs are unilaterally requesting that the Court make a new ruling without any further right of submission by QBE.

The Court has clarified its ruling and all parties acknowledge its scope. No further elaboration is necessary.

Furthermore, plaintiffs did not include Scottsdale in their earlier motion and thereby deprived the Court of the ability to perform the appropriate analysis as to all policies. Thus, the record is insufficient to make the findings which plaintiffs now seek.

Any further relief should follow permission by the Court to make a formal application with all parties given an opportunity to respond.

Since plaintiffs' request does not seek leave to file a formal application, the request for *sua sponte* relief should be denied.

Respectfully submitted,

Robert B. Hille

Request GRANTED. A status conference herein is scheduled for 2-15-08 at 9:15 a.m. to address the matter described above by defendants.

SO ORDERED.

2-1-08
DATE          VICTOR MARRERO, U.S.D.J.