UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WAUSAU UNDERWRITERS INSURANCE
COMPANY and AXIS SPECIALTY
INSURANCE COMPANY,                              06 CV 3212 (VM)

        Plaintiff,                           **NOTICE OF APPEARANCE**
vs.

QBE INSURANCE COMPANY and
SCOTTSDALE INSURANCE COMPANY

        Defendant.
-----------------------------------------------------------X


Please take notice that Robert B. Hille, Esq., with the law firm of Kalison, McBride, Jackson & Murphy, P.A. hereby enters his appearance on behalf of Defendant, QBE Insurance Company in this matter as lead and notice attorney.


By: _____
Robert B. Hille, Esq.
Kalison, McBride, Jackson & Murphy, P.A.
Attorneys for Defendant,
QBE Insurance Company
The Helmsley Building
230 Park Avenue
10th Floor
New York, NY 10169
(212) 309-8726