```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
                                         :
WAUSAU UNDERWRITERS INSURANCE            :
COMPANY and AXIS SPECIALTY               :    06 Civ. 3212 (VM)
INSURANCE COMPANY,                       :
                                         :
                 Plaintiffs,             :
                                         :    ORDER
      - against -                        :
                                         :
                                         :
QBE INSURANCE CORPORATION and            :
SCOTTSDALE INSURANCE COMPANY             :
                                         :
                 Defendants.             :
----------------------------------------x
```

**VICTOR MARRERO, United States District Judge.**

By Conditional Order of Discontinuance dated April 18, 2008 the Court directed the Clerk of Court to enter judgment dismissing this action without prejudice and to close the captioned case and remove it from the Court's docket. A review of the Docket Sheet for this matter indicates that the case remains listed on the Court's database of open cases. Accordingly, it is hereby

**ORDERED** that in accordance with the Court's Conditional Order of Discontinuance dated April 18, 2008 the Clerk of Court is directed to dismiss this action without prejudice and to close this case and remove it from the Court's list of pending cases.

**SO ORDERED.**

Dated:    New York, New York
          24 April 2008

                                              _____
                                              VICTOR MARRERO
                                              U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08